## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

| | |
|---|---|
| **JEREMY KRANT, TODD DEATON,** ) <br> **THOMAS NASH. SHANA VACHHANI, and** ) <br> **KIMBERLY MILLER, individually and on** ) <br> **behalf of all others similarly situated,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> **v.** ) <br> ) <br> **UNITEDLEX CORPORATION,** ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:23-CV-02443-DDC-TJJ |

### JOINT MOTION FOR EXTENSION OF
### TIME TO SUBMIT EXECUTED SETTLEMENT AGREEMENT AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

COME NOW the Parties, by and through their respective Counsel, and petition this Court for an extension of their deadline to submit to the Court the executed Settlement Agreement with Plaintiff's Motion for Preliminary Approval of the Class Settlement. In support thereof, the Parties state:

1. On September 29, 2023, Plaintiffs filed a putative class action against Defendant UnitedLex Corporation. (Dkt. 1). Defendant agreed to waive service of a summons pursuant to Plaintiff's October 13, 2023, request. (Dkt. 4). Defendant's deadline to file a responsive pleading was December 12, 2023.

2. Defendant filed an unopposed motion for extension of the responsive pleading deadline, (Dkt. 9), which the Court granted on December 12, 2023, extending the deadline for Defendant to answer or otherwise respond to Plaintiffs' Class Action Complaint up to and including January 11, 2024. (Dkt. 10).

3. The Parties then filed a joint motion to stay the proceedings to explore resolution of this dispute in a mediation scheduled for March 26, 2024. (Dkt. 11).

4. The Court granted this motion, providing a 90-day temporary stay of pretrial proceedings and all deadlines in the case, up to and including April 10, 2024, so the Parties could devote efforts toward their mediation scheduled for March 26, 2024. (Dkt. 12).

5. On March 26, 2023, the Parties attended mediation and were able to reach an agreement on the material terms of a class settlement, which is set forth in a term sheet that was executed by the Parties.

6. The term sheet is binding and enforceable upon the parties until superseded by a final settlement agreement.

7. The Parties submitted a Joint Status Report on April 10, 2024, informing the Court of the settlement and requesting that the Court allow the Parties until May 13, 2024, to submit their Settlement Agreement with Plaintiffs' Motion for Preliminary Approval of the Class Settlement.

8. The Court approved the Parties request, giving the Parties until May 13, 2024, to file the motion requesting preliminary approval of the class settlement.

9. The parties are still finalizing the Settlement Agreement and request an additional twenty-one (21) days, until June 3, 2024, to submit the Settlement Agreement with Plaintiffs' Motion for Preliminary Approval of the Class Settlement.

10. The extension sought is made in good faith and not for the purpose of hindering or delaying these proceedings.

WHEREFORE, the Parties move this Court for an Order extending the Parties' deadline to submit to the Court the Settlement Agreement with Plaintiffs' Motion for Preliminary

Approval to June 3, 2024, and for any and all other relief the Court deems just and fair.

Respectfully submitted,

*/s/ J. Austin Moore*
Norman E. Siegel (KS #70354)
J. Austin Moore (KS #78557)
Abby E. McClellan Paradise (KS #78804)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
TEL: 816-714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com
mcclellan@stuevesiegel.com

Bryce B. Bell  (KS #20866)
Jenilee V. Zentrich KS (#29098)
**BELL LAW, LLC**
2600 Grand Blvd., Suite 580
Kansas City, Missouri 64108
Tel: 816-886-8206
Bryce@BellLawKC.com
JZ@BellLawKC.com

Tyler W. Hudson (KS#20293)
Eric D. Barton  (KS#16503)
Melody R. Dickson (KS#24494)
**WAGSTAFF & CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100
F: 816-531-2372
thudson@wcllp.com
ebarton@wcllp.com
mdickson@wcllp.com

Manuel S. Hiraldo (*Admitted Pro Hac Vice*)
**HIRALDO P.A.**
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
TEL: 954-400-4713
mhiraldo@hiraldolaw.com

*Attorneys for Plaintiffs and the Class*

AND

/s/ *Kathryn S. Rickley*
Kathryn S. Rickley (KS #23211)
Mitchell E. Wood (KS #24052)
**HALBROOK WOOD, PC**
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: krickley@halbrookwoodlaw.com
E-MAIL: mwood@halbrookwoodlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of May 2024, the foregoing was electronically filed with the Clerk of the Court and served via the Court's e-filing system to the following counsel of record:

Norman E. Siegel (KS #70354)
J. Austin Moore (KS #78557)
Abby E. McClellan Paradise (KS #78804)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
TEL: 816-714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com
mcclellan@stuevesiegel.com

Bryce B. Bell  (KS #20866)
Jenilee V. Zentrich KS (#29098)
**BELL LAW, LLC**
2600 Grand Blvd., Suite 580
Kansas City, Missouri 64108
Tel: 816-886-8206
Bryce@BellLawKC.com
JZ@BellLawKC.com

Tyler W. Hudson (KS#20293)
Eric D. Barton  (KS#16503)
Melody R. Dickson (KS#24494)
**WAGSTAFF & CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100
F: 816-531-2372
thudson@wcllp.com
ebarton@wcllp.com
mdickson@wcllp.com

Manuel S. Hiraldo (*Admitted Pro Hac Vice*)
**HIRALDO P.A.**
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
TEL: 954-400-4713
mhiraldo@hiraldolaw.com                    /s/ *Kathryn S. Rickley*
                                           **ATTORNEY FOR DEFENDANT**