UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEREMY KRANT, TODD DEATON, THOMAS NASH, SHANA VACHHANI and KIMBERLY MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDLEX CORP.,<br><br>Defendant. | Case No. 2:23-cv-02443 |

**PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS AND FOR PRELIMINARY APPROVAL OF <u>PROPOSED CLASS ACTION SETTLEMENT</u>**

Plaintiffs, by and through their undersigned counsel, respectfully move the Court for an Order: (1) finding it will likely be able to approve the proposed Settlement in this matter as fair, reasonable, and adequate and certify the Settlement Class for purposes of entering judgment on the Settlement under Federal Rule of Civil Procedure 23(e); (2) appointing Norman E. Siegel and J. Austin Moore of Stueve Siegel Hanson LLP, Bryce Bell of Bell Law, LLC, Tyler W. Hudson of Wagstaff & Cartmell, LLP, Manuel S. Hiraldo of Hiraldo P.A., and Rachel Dapeer of Dapeer Law, P.A. as Interim Class Counsel pursuant to Rule 23(g)(3); (3) approving the proposed Notice plan and directing that Notice be issued to the Settlement Class; (4) appointing KCC as the Settlement Administrator; and (5) entering settlement related deadlines including a date for the Final Approval Hearing. In support of this Motion, Plaintiffs submit herewith the Settlement Agreement dated June 21, 2024, as Exhibit A; the Declaration of J. Austin Moore on behalf of Proposed Class Counsel as Exhibit B; the Declaration of Carla Peak on behalf of KCC Class Action Services, LLC as Exhibit C, and a Proposed Order for the Court's consideration.

1

Dated: June 24, 2024                    Respectfully submitted,

/s/ *J. Austin Moore*
Norman E. Siegel (D. Kan. No. 70354)
J. Austin Moore (D. Kan. No. 78557)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com

Bryce B. Bell   KS # 20866
**BELL LAW, LLC**
2600 Grand Blvd., Suite 580
Kansas City, Missouri 64108
Tel: 816-886-8206
Bryce@BellLawKC.com

Tyler W. Hudson        KS#20293
**WAGSTAFF & CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100
F: 816-531-2372
thudson@wcllp.com

Manuel S. Hiraldo (*pro hac vice*)
**HIRALDO P.A.**
401 E. Las Olas Blvd., Ste. 1400
Fort Lauderdale, FL 33301
mhiraldo@hiraldolaw.com

Rachel Dapeer (*pro hac vice*)
**DAPEER LAW P.A.**
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
rachel@dapeer.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2024, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

By:   /s/ *J. Austin Moore*

*Attorney for Plaintiffs*