UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEREMY KRANT, TODD DEATON, THOMAS NASH, SHANA VACHHANI and KIMBERLY MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDLEX CORP.,<br><br>Defendant. | Case No. 2:23-cv-02443 |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF SETTLEMENT AND
AWARD OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**

Plaintiffs' Adam Behrendt, Allison Glusky, Jeremy Krant, Todd Deaton, Thomas Nash, Shana Vachhani, and Kimberly Miller, individually and on behalf of all others similarly situated, (collectively "Plaintiffs"), respectfully move this Court for an Order: (1) granting final approval of the Settlement as fair, reasonable, and adequate under Rule 23(e)(2); (2) certifying the Settlement Class for the purpose of entering judgment on the proposed settlement; (3) granting Plaintiffs' Unopposed Motion for an Award of Attorneys' Fees, Expenses, and Service Awards; and (4) entering final judgment following the Final Approval Hearing.

In support of this Motion, Plaintiff submits herewith a supporting Memorandum of Law, the Declaration of Omar Silva on behalf of KCC Class Action Services, LLC addressing the implementation and adequacy of the notice plan and settlement claims process, and a Proposed Order and Proposed Final Judgment for the Court's consideration.

1

Dated: November 26, 2024					Respectfully submitted,

/s/ *J. Austin Moore*
Norman E. Siegel (D. Kan. No. 70354)
J. Austin Moore (D. Kan. No. 78557)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101
siegel@stuevesiegel.com
moore@stuevesiegel.com

Bryce B. Bell  KS # 20866
**BELL LAW, LLC**
2600 Grand Blvd., Suite 580
Kansas City, Missouri 64108
Tel: 816-886-8206
Bryce@BellLawKC.com

Tyler W. Hudson		KS#20293
**WAGSTAFF & CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: 816-701-1100
Fax: 816-531-2372
thudson@wcllp.com

Manuel S. Hiraldo (*pro hac vice*)
**HIRALDO P.A.**
401 E. Las Olas Blvd., Ste. 1400
Fort Lauderdale, FL 33301
Tel: 954-400-4713
mhiraldo@hiraldolaw.com

Rachel Dapeer (*pro hac vice*)
**DAPEER LAW P.A.**
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
Tel: 954-799-5914
rachel@dapeer.com

*Counsel for Plaintiffs and the Class*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

By:  /s/ *J. Austin Moore*
     *Counsel for Plaintiffs and the Class*