# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JEREMY KRANT, TODD DEATON,
THOMAS NASH, SHANA VACHHANI
and KIMBERLY MILLER, individually and
on behalf of all others similarly situated,

        Plaintiffs,

v.

UNITEDLEX CORP.,

        Defendant.

Case No. 23-2443-DDC-TJJ

## FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 58 and consistent with its Order granting Plaintiffs' Motion for Final Approval of Settlement, Award of Attorneys' Fees, Expenses, and Service Awards, the court enters final judgment on and hereby dismisses the above-captioned action and on the merits and with prejudice all the Settlement Class defined as "all U.S. residents whose PII was compromised as a result of the Data Breach." Excluded from the Settlement Class is Defendant, its representatives and any judicial officer presiding over this matter, members of their immediate family, and members of their judicial staff. *See* Agreement, Doc No. 21-1, ¶ 45.

The Settlement Class Representative and the Settlement Class Members other than those who validly excluded themselves are hereby permanently enjoined from filing, prosecuting, maintaining, or continuing litigation based on or related to the Released Claims. Each party shall bear their own fees and costs except as provided for in the Settlement Agreement. The court directs immediate entry of this Judgment by the Clerk of the Court.

2

**IT IS SO ORDERED.**

**Dated this 19th day of December, 2024, at Kansas City, Kansas.**


<u>**s/ Daniel D. Crabtree**</u>
**Daniel D. Crabtree**
**United States District Judge**